Naser Jewelers v. Concord, NH          06-CV-400-SM  01/30/08
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE


Naser Jewelers, Inc.,
      Plaintiff

      v.                                    Civil No. 06-cv-400-SM
                                            Opinion No. 2008 DNH 024
City of Concord, NH,
      Defendant


                          O R D E R


      This court earlier denied plaintiff's motion for preliminary

injunctive relief because it concluded that the City's regulation

banning all electronic signs (also known as "Electronic Messaging

Centers" or "EMCs") was content-neutral and narrowly tailored to

serve significant governmental interests — aesthetics and traffic

safety — and allowed for reasonable alternative channels of

communication.  See, e.g., Gun Owners' Action League, Inc. v.

Swift, 284 F.3d 198, 212 (1st Cir. 2002).


      Plaintiff appealed that denial of preliminary relief, and,

on January 18, 2008, the court of appeals affirmed, holding that:


          Concord's prohibition of EMCs is a
      constitutionally permissible content-neutral
      regulation.  Since [Naser Jewelers, Inc.] has no
      probability of success on the merits of its claim, we
      need not address the other factors in the preliminary
      injunction determination.

<u>Naser Jewelers, Inc. v. City of Concord, New Hampshire</u>, No. 07-2098, slip op. at 19, (1st Cir. January 19, 2008).

The City moves for summary judgment on a number of grounds, but one will suffice. Because, as a matter of law, the City's regulation of electronic signs is content-neutral and narrowly tailored to serve significant governmental interests, and allows for reasonable alternative channels of communication, plaintiff cannot prevail on its claim. There are no disputes as to material facts. Accordingly, the City's motion is granted.

## Conclusion

Defendant's motion for summary judgment (document no. 34) is hereby granted. The clerk shall close this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

January 30, 2008

cc:  Douglas M. Bragg, Esq.
     John F. Winston, Esq.
     Stephen H. Roberts, Esq.
     Charles P. Bauer, Esq.
     John T. Alexander, Esq.
     Lisa Lee, Esq.

2